UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| SHAQUE JOHNSON and REBEKIAH JOHNSON, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 3:22-CV-00137-JRG-DCP ) |
| KNOX COUNTY BOARD OF EDUCATION, et al., | ) ) ) ) |
| Defendants. | ) |

## **ORDER**

This matter is before the Court on Knox County Board of Education's Application for Costs [Doc. 115]. The application is **REFERRED** to United States Magistrate Judge Debra C. Poplin for a report and recommendation. *See* 28 U.S.C. § 636(b)(3); Fed. R. Civ. P. 54(d)(2)(D).

So ordered.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE