UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| SHAQUE JOHNSON and REBEKIAH JOHNSON, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) No. 3:22-CV-00137-JRG-DCP<br>) |
| KNOX COUNTY BOARD OF EDUCATION, et al., | )<br>)<br>) |
| Defendants. | )<br>) |

## **ORDER**

The application for costs [Docs. 115, 116] will be handled by the Clerk's Office. Accordingly, the Order referring the application to the Magistrate Judge [Doc. 117] is **VACATED**.

So ordered.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE